IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHNNIE DEMOND JACKSON, | : |
| Plaintiff, | : |
| v. | : Case No. 5:23-cv-333-TES-AGH |
| Deputy Warden REGINALD CLARK, | : |
| Defendant. | : |

## ORDER

The Court ORDERS the parties to appear for a hearing before the undersigned at **10:30 a.m.** on **Tuesday, January 7, 2025**. The parties shall appear electronically via Zoom. The Court ORDERS Defendant and the Georgia Department of Corrections to (1) make Zoom available for Plaintiff at his place of confinement, (2) ensure that he is present for the hearing, and (3) allow him to have access to his documents related to this case during the hearing. The purpose of the hearing is to resolve all outstanding discovery issues.

**SO ORDERED**, this 9th day of December, 2024.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE