IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOHNNIE DEMOND JACKSON, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 5:23-cv-333-TES-AGH |
| Deputy Warden REGINALD CLARK, | : | |
| Defendant. | : | |

## ORDER

On January 7, 2025, the Court held a discovery conference in this matter.[1] Consistent with that conference, the Court addresses the pending discovery-related motions as follows:

The Court grants-in-part and denies-in-part Plaintiff's motions to compel, motion to amend the motions to compel, and Plaintiff's previously-ex parte motion, which is now publicly accessible (ECF Nos. 63, 69, 70, 75). Plaintiff's motion for an extension of time to complete discovery and to file dispositive motions and the supplement thereto (ECF Nos. 74, 80) are granted. The time period for discovery and the filing of dispositive motions is addressed below. Plaintiff's motion to strike his motion for an extension of time (ECF No. 76) is denied as explained in the hearing.

As discussed at the hearing, Defendant shall file with the Court his previously provided discovery responses by February 7, 2025. When Defendant files said

---

[1] The audio recording of the discovery conference is available on the Court's FTR Gold recording system. If either party desires a transcript, they may contact the Clerk's Office.

discovery responses, the Court will provide a copy to Plaintiff at no cost.

Discovery is re-opened and extended until February 28, 2025, for the limited purpose of allowing Defendant time to provide discovery responses to Plaintiff's discovery requests that Plaintiff served on Defendant in October 2024, including Plaintiff's request for body cam footage from CERT Officer Havoir.[2] Defendant should provide responses to Plaintiff's requests by Friday, February 7, 2025. If Plaintiff believes Defendant's discovery responses are incomplete or unresponsive—after Plaintiff confers in good faith with Defendant—Plaintiff may file **ONE** motion to compel no later than February 21, 2025. Defendant's response to such motion to compel is due seven days after said motion has been filed, but not later than February 28, 2025.

Plaintiff is responsible for securing the transcript of his witness, but Defendant shall make reasonable efforts to assist Plaintiff in securing the transcript. If Defendant is unable to assist Plaintiff in securing the transcript, Defendant shall file a notice with the Court stating the reason that Plaintiff was unable to obtain the transcript.

The parties shall have through and including March 31, 2025 to file dispositive motions.

**SO ORDERED**, this 10th day of January, 2025.

                                             s/ *Amelia G. Helmick*
                                             UNITED STATES MAGISTRATE JUDGE

---

[2] The Court denies Plaintiff's motion to compel to the extent he seeks video footage relating to Investigator Burney's investigation of the alleged excessive force incident.