IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHNNIE DEMOND JACKSON, | : |
| Plaintiff, | : |
| v. | : Case No. 5:23-cv-333-TES-AGH |
| Deputy Warden REGINALD CLARK, | : |
| Defendant. | : |

# ORDER

On January 7, 2025, the Court held a discovery conference in this matter.[1] The Court permitted Plaintiff to file one motion to compel if he believed Defendant's discovery responses were incomplete or unresponsive, and it reopened discovery for "the limited purpose of allowing Defendant time to provide discovery responses to Plaintiff's discovery requests that Plaintiff served on Defendant in October 2024, including Plaintiff's request for body cam footage from CERT Officer Havoir." Order, Jan. 10, 2025, ECF No. 88. On February 11, 2025, Plaintiff filed a motion to compel seeking the production of the body cam footage from CERT Officer Havoir.[2] Pl.'s Mot. to Compel 1, ECF No. 100.

---

[1] The audio recording of the discovery conference is available on the Court's FTR Gold recording system. If either party desires a transcript, they may contact the Clerk's Office.

[2] Although the Court received Plaintiff's motion on February 24, 2025, he signed it on February 11, 2025. Pl.'s Mot. to Compel 3, ECF No. 100. "Under the prison mailbox rule, a *pro se* prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing." *United States v. Glover*, 686 F.3d 1203, 1205 (11th Cir. 2012) (internal quotation marks omitted).

The Court finds that Plaintiff has complied with the requirement of certifying a good-faith effort to confer prior to filing his motion to compel. *See* M.D. Ga. L.R. 37; Pl.'s Mot. to Supp., ECF No. 99.[3] Accordingly, Defendant is **DIRECTED** to file a response to Plaintiff's motion to compel (ECF No. 100) within **SEVEN (7) DAYS** of the date of this Order.[4]

**SO ORDERED**, this 28th day of February, 2025.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

---

[3] Plaintiff's motion to supplement his motion to compel with a certificate of good faith conferring (ECF No. 99) is **GRANTED in part** to the extent that he seeks to include a certificate of good faith conferral.

[4] Plaintiff's motion to supplement (ECF No. 101) is **GRANTED in part** to the extent Plaintiff asks the Court to accept his filing as a list of potential witnesses should trial be necessary. The Court notes that Plaintiff will have an opportunity to provide a final list of witnesses, should trial be necessary, when he completes his portion of the proposed pretrial order. Plaintiff, thus, need not file additional supplements to his list of potential witnesses.