IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JOHNNIE DEMOND JACKSON,** | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:23-CV-00333 (TES) |
| **DEPUTY WARDEN REGINALD CLARK,** | ) |
| Defendant. | ) |

### ORDER TO PRODUCE STATE PRISONER
### FOR FEDERAL HEARING

TO:  RELEASES AND AGREEMENTS
     ATTENTION: CHRISTINA LUNEBACH
     GEORGIA DEPARTMENT OF CORRECTIONS

YOU ARE HEREBY REQUESTED AND DIRECTED to produce state prisoner **RONALD BERNARD ANDREWS, GDC0001149715,** presently incarcerated at the Baldwin State Prison, Georgia, for in the above-styled proceeding beginning at **9:00 a.m.** on the **16th day of July, 2025,** before the undersigned in Courtroom C on the first floor of the United States Courthouse, 475 Mulberry Street, Macon, Georgia.

**SO ORDERED**, this 7th day of July, 2025.

s/Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT